CELIA MATZKIN, Appellant, v. THE UNION CENTRAL LIFE INSURANCE COMPANY, Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Glennon and Untermyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. AL LODINGER, Appellant.— Judgment affirmed. No opinion. Present — Finch, P. J., Merrell, O'Malley, Glennon and Untermyer, JJ.

JILL BROS., INC., Respondent, v. GENERAL COLD STORAGE COMPANY, a Foreign Corporation, Appellant.— Determination affirmed, with costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

FURMBILT STORES, INC., Respondent, v. B. & R. CLOTHING CO., INC., Appellant.— Order reversed, with twenty dollars costs and disbursements, and motion denied in toto, with ten dollars costs, on the ground that there are triable issues. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

JAMES J. O'BRIEN, Appellant, v. JOHN HAMILL and Others, Respondents.— Judgment affirmed, without costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ. [147 Misc. 709.]

In the Matter of the Application of ROBERT E. MORRIS, Petitioner, against EDWARD P. MULROONEY, Police Commissioner of the City of New York, Respondent.— Order of certiorari dismissed and determination of the respondent confirmed, with fifty dollars costs and disbursements to the respondent. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.; Merrell, J., dissents and votes to sustain the order of certiorari and annul the determination of the respondent.

CHARLES L. CRAIG, Respondent, v. NEW YORK TELEGRAM CORPORATION, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES LEBURD (LIBURD), Appellant.— Judgment reversed and a new trial ordered on the ground that the finding of guilt is against the weight of the evidence. On the new trial the arresting officer and the witness Barron should be called, if available. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

MORRIS COHEN, Individually and as Husband of MARY COHEN, and Another, Appellants, v. NEW YORK CITY INTERBOROUGH RAILWAY COMPANY, Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

ABRAHAM M. MORRIS, as Receiver of the ZALO CREDIT CORPORATION, Respondent, v. CHATHAM PHENIX NATIONAL BANK AND TRUST COMPANY, Appellant, Respondent, Impleaded with LIBERTY NATIONAL BANK AND TRUST COMPANY IN NEW YORK and Another, Appellants, and CONCORD CASUALTY AND SURETY COMPANY, Defendant.— Judgment affirmed, with costs to the plaintiff, respondent, against the defendant Chatham Phenix National Bank and Trust Company. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

HILDA B. KOHLBERG, Appellant, v. JAMES BUTLER, INC., Respondent, Impleaded with Another.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.